March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Henry Fermin                        Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

7-22-CR-0119-PMH
-CR- ( )( )

Defendant Henry Fermin _____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

____    Initial Appearance/Appointment of Counsel

____    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Preliminary Hearing on Felony Complaint

____    Bail/Revocation/Detention Hearing

✓       Status and/or Scheduling Conference

____    Misdemeanor Plea/Trial/Sentence


Henry Fermin   w/permission by Jay Heinrich
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Henry Fermin
_____
Print Defendant's Name


_____
Defense Counsel's Signature

Jay Heinrich
_____
Print Defense Counsel's Name


This proceeding was conducted by AT&T teleconferencing technology.


4/10/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge