March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                **CONSENT TO PROCEED BY**
                **TELECONFERENCE**

-v-

7:22 -CR-0119( )( ) PMH

Henry Fermin  Defendant(s).
-----------------------------------------------------------------X

Defendant __Henry Fermin__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_[signature: Henry F. Fermin]_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_[signature]_
Defense Counsel's Signature

Henry Fermin
Print Defendant's Name

Jay Heinrich
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

11/29/22
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge