November 17, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

-v-

Heuy Fermin _____, Defendant.
-------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT
CRIMINAL PROCEEDING**

7:22 -cr-119( )( ) PMH

**Check Proceeding that Applies**

____   Arraignment

I have been given a copy of the Indictment containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

   1)   I have received and reviewed a copy of the indictment.
   2)   I do not need the judge to read the indictment aloud to me.
   3)   I plead not guilty to the charges against me in the indictment.

Date:   _____
        Signature of Defendant

        _____
        Print Name

____   Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release even though I will not be present, and to make such applications in writing or by telephone in my attorney's discretion. By signing this document, I wish to advise the court that I am willingly giving up my right to appear in a courtroom for a bail hearing.

Date:   _____
        Signature of Defendant

        _____
        Print Name

✓ Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date: 11/28/22   _Henry Ferma_ by Jay Heinrich with permission
Signature of Defendant

_Henry Perma_
Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date: 11/28/22   _Jay Heinrich_
Signature of Defense Counsel

_Jay Heinrich_
Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is:

_____.

Date: _____
Signature of Defense Counsel

Accepted: _[signature]_
Signature of Judge
Date: November 29, 2022

2