UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :         **SCHEDULING ORDER**
                                  :
                                  :         7-22-cr-00119-PMH
**HENRY FERMIN,**                 :
          Defendant.              :
-----------------------------------------------------------x

The Court has scheduled a Change of Plea Hearing on 7/19/2023 at 9:00 a.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Dated: July 13, 2023                    SO ORDERED:

                                        _____
                                        Philip M. Halpern, U.S.D.J