# THE HEINRICH LAW GROUP, P.C.

**Jay Heinrich**
ATTORNEY AT LAW
**932 SHERIDAN AVENUE**
**BRONX, NEW YORK 10451**

E MAIL jh@heinrichlawgroup.com

> Application granted.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         September 12, 2023

September 11, 2023

**BY ECF & E-Mail**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

                Re:   *United States v. Henry Fermin*, 22 Cr. 119 (PMH)

Dear Judge Halpern:

      I am writing to request that Your Honor modify the conditions of release for Henry Fermin to allow him to live in the Middle District of Pennsylvania and to travel from there to the Southern District of New York. Mr. Fermin was asked to leave his Mother's home in the Bronx in March of this year. This was not the result of any misdeed on Henry's part. Mr. Fermin advised Pretrial Services of his need to move out of New York City to an area he can afford and is within reasonable distance of the Southern District. Due to an oversight on my part, I did not seek from the Court a revision to Mr. Fermin's conditions of release before he moved to Wilkes-Barre, Pennsylvania. Mr. Fermin has, nonetheless, remained under Pretrial Supervision the entire time and has been in full compliance, other than the instant issue. Pretrial Supervision requested courtesy supervision from Pennsylvania when Mr. Fermin relocated and there have been no interruptions with Mr. Fermin's supervision during this process. Mr. Fermin is presently residing at 486 Hazle Street, Apt. 4, Wilkes-Barre, PA 18702. (A copy of Mr. Fermin's lease has been provided to the Government and to PreTrial Services.) I am advised that Pre-trial Services is ok with continuing Mr. Fermin's supervision in the Middle District of Pennsylvania. Accordingly, I am requesting that the Court modify Mr. Fermin's conditions of release as set forth above.

      I have conferred with both AUSA Kevin Sullivan and Supervisory U.S. Pretrial Services Officer Southern District of New York Keyana Pompey, both of whom are copied on this letter and both the Government and Pretrial Services consent to this requested revision of Mr. Fermin's conditions of release.

                                                    Very Truly Yours,

                                                   /s/ *Jay Heinrich*
                                                   Jay Heinrich

cc:     Kevin Sullivan, Esq. (via ECF and E-mail)
        Supervisory U.S. Pretrial Services Officer Keyana Pompey (via ECF and E-Mail)