UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :   **RESCHEDULING ORDER**
                                  :
HENRY FERMIN,                     :
                   Defendant.     :   7:22-cr-00119-PMH
                                  :
-----------------------------------------------------------x

The Court originally scheduled sentencing in this matter for February 1, 2024 and ordered that Defendant's sentencing submission was due by January 11, 2024. On January 24, 2024, Defendant requested an adjournment of the February 1, 2024 sentencing date. (Doc70). On January 24, 2024, the Court granted Defendant's request and adjourned the sentencing to July 23, 2024. (Doc. 71). On July 16, 2024, Defendant requested a second adjournment of the sentencing date. (Doc. 75). On July 17, 2024, the Court granted Defendant's adjournment request and adjourned the sentencing scheduled for July 23, 2024 to September 27, 2024 at 10:30 a.m. The Court further held that no further adjournments of the sentencing date would be granted and that Defendant's sentencing submission was due by July 31, 2024. (Doc. 78).

On September 24, 2024, Defendant requested a third adjournment of the sentencing date (Doc. 80). The Court will grant one final adjournment of the sentencing date and the sentencing submission deadlines. Sentencing is scheduled for October 17, 2024 at 11:30 a.m. in Courtroom 520 of the White Plains Courthouse. Defendant's sentencing submission is due by October 1, 2024 and the Government's submission is due by October 10, 2024. No further adjournments of the sentencing date or the sentencing submission deadlines will be granted.

The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 80).

**SO ORDERED:**

Dated: White Plains, New York
       September 25, 2024

_____
Philip M. Halpern
United States District Judge